UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT EARL BENTLEY,

    Petitioner,

                                     File no: 1:03-CV-648

v.

                                     HON. ROBERT HOLMES BELL

MARY BERGHUIS,

    Respondent.
                            /

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

    The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

    NOW THEREFORE, the Report and Recommendation is hereby adopted as the opinion of the Court.

    THEREFORE, IT IS ORDERED that:

    Petitioner's habeas corpus petition is hereby **DENIED**.


Date:   April 20, 2005              /s/ Robert Holmes Bell
                                                       ROBERT HOLMES BELL
                                                       CHIEF UNITED STATES DISTRICT JUDGE